**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

v.                                         No. 4:12CR00045 JLH

ROMONDO JENKINS

## <u>ORDER</u>

Romondo Jenkins has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.  The Court directs the United States to respond to the motion within thirty days from the entry of this Order.  If Jenkins wishes to file a reply to the response of the United States, he must do so within thirty days after the date the United States files its response.

IT IS SO ORDERED this 28th day of May, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE