**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                  PLAINTIFF

v.                                              No. 4:12CR00045 JLH

ROMONDO JENKINS                                                                                          DEFENDANT

**ORDER**

On December 11, 2015, the Court denied Romondo Jenkins' motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The Court denied a certificate of appealability, and no notice of appeal was filed. Jenkins has now filed a motion for leave to supplement his 2255 motion. The proposed supplement adds nothing that was not already argued, considered, and rejected by the Court. The motion is DENIED. Documents #79 and #80.

IT IS SO ORDERED this 21st day of January, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE